**Electronically Filed**
**Supreme Court**
**SCWC-22-0000740**
**21-OCT-2025**
**01:53 PM**
**Dkt. 11 OGAC**

SCWC-22-0000740

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DANIEL R. GRANILLO,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000740; CASE NO. 2PR191000004)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Kubota, assigned by reason of vacancy)

Petitioner/Petitioner-Appellant Daniel R. Granillo's

application for writ of certiorari filed on August 23, 2025, is

accepted and will be scheduled for oral argument. The parties

will be notified by the appellate clerk regarding scheduling.

Under Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 40.1,

this court "may limit the question on review." Here, we limit

the question on review to question presented "A" of Petitioner's application for writ of certiorari.

DATED:  Honolulu, Hawaiʻi, October 21, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza



/s/ Vladimir P. Devens

/s/ Peter K. Kubota